UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08MJ 2553 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Lopez - Cardona | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed / Order of Court).

Omar Eduardo Ordonez-Monroy

DATED: 9/2/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
      DUSM

W. SAMUEL HAMRICK, JR.  Clerk
            by _____
                  Deputy Clerk