# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               )<br>        Plaintiff    )<br>               )<br>               )<br>vs.            )<br>               )<br>               )<br>Lopez-Cardona  )<br>               )<br>       Defendant(s)  )<br>_____ ) | CRIMINAL NO. 08MJ2553<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisco Vargas-Gonzales

DATED: 9/2/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk